# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge John L. Kane

**Civil Action No.   13-cv-00975-AP**

**BRETT CABRAL,**

**Plaintiff,**

**v.**

**CAROLYN COLVIN, Acting Commissioner of Social Security,**

**Defendant.**

## ORDER

Kane, J.

    The Stipulated Motion for an Award of Attorney Fees (doc. #20), filed November 13, 2013, is GRANTED.

    In consideration thereof, it is

    ORDERED that the Defendant pay to Plaintiff , through counsel, reasonable attorney fees and expenses in the amount of **$7,500.00.**

    Dated at Denver, Colorado, this 13th day of November, 2013.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT