## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.:        **13-cv-00975-JLK**

**BRETT CABRAL,**

                                    Plaintiff,

v.

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

                                    Defendant.

---

### ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)

---

The matter before the Court is Plaintiff's Unopposed Motion for an Award of Attorney's Fees (Doc. 22) Under 42 U.S.C. § 406(b) filed August 7th, 2015.  The Motion is GRANTED.

The Court hereby

**ORDERS** that the Plaintiff's attorney, Chris R. Noel, shall be entitled to receive, from Plaintiff's past due benefits, after subtraction for EAJA fees paid, an additional amount of $4,500.00 under 42 U.S.C. § 406(b) for representation in this Court.

DATED at Denver, Colorado, this 7th day of August, 2015.

                    BY THE COURT:

                    _John L. Kane_
                    _____
                    THE HONORABLE JOHN L. KANE
                    SENIOR U.S. DISTRICT COURT JUDGE